IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CRAYTONIA BADGER
ADC #162710                                                              PETITIONER

v.                              No. 2:19-cv-140-DPM

BUREAU OF PRISONS                                                        RESPONDENT

ORDER

The Court adopts the Magistrate Judge's unopposed recommendation as modified. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The modification: the Court is not inclined to reach the exhaustion issue when the Bureau has not invoked that defense and acknowledges that Badger doesn't yet have access to the federal administrative remedy process. *Doc. 7 at 4*. Nonetheless, the Court agrees that Badger's challenge is premature. When Badger enters BOP custody, the Bureau will compute the time remaining on his federal sentence. If Badger disagrees with that calculation, then he may exhaust his administrative remedies and file a petition for a writ of *habeas corpus* in the appropriate Court at that time. But until that computation is completed, this challenge is premature. Badger's petition will therefore be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*14 April 2020*