# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

CRAYTONIA BADGER
ADC #162710                                                                       PETITIONER

v.                               No. 2:19-cv-140-DPM

BUREAU OF PRISONS                                                                 RESPONDENT

## JUDGMENT

Badger's petition is dismissed without prejudice.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

14 April 2020